# MIRICK O'CONNELL
### ATTORNEYS AT LAW
MIRICK, O'CONNELL, DEMALLIE, & LOUGEE, LLP

Direct Line (508) 860-1586
pjmcgovern@modl.com

2004 JAN -9 P 2: 27

December 31, 2003

U.S. DISTRICT COURT
DISTRICT OF MASS

<u>VIA FAX</u>

Thomas J. Flannagan, Esq.
MacLean, Holloway, Doherty,
   Ardiff & Morse, P.C.
8 Essex Center Drive
Peabody, MA 01960

    Re:  Citizens Bank of Massachusetts
             v. Harriett Rostoff and Karen Harris
             U.S. District Court of Massachusetts, Case No. 03-12442-WGY

Dear Mr. Flannagan:

    As we discussed, Citizens Bank agrees to extend the time within which the defendants may answer to Friday, January 9, 2004. Also, this letter will confirm your representation that the defendants will not challenge sufficiency of service of process in this matter.

    Please do not hesitate to contact me if you have any questions or wish to discuss this matter.

                                                                          Sincerely,

                                                                         Philip J. McGovern

PJM/keh
Enclosure

cc.    William H. Sheehan, III, Esq.



WESTBOROUGH, MA
508-898-1501 • FAX 508-898-1502

100 FRONT STREET
WORCESTER, MA 01608-1477
508-791-8500 • FAX 508-791-8502

BOSTON, MA
617-261-2417 • FAX 617-2612 3

{H \PA\Lit\12874\37053\A0680858.DOC}

www.MirickOConnell.com