UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITIZENS BANK OF MASSACHUSETTS,<br>                 Plaintiff<br><br>v.<br><br>HARRIET ROSTOFF and<br>KAREN HARRIS,<br>                 Defendants | Case No. 03-12442-WGY |

### DEFENDANTS' MOTION TO DISMISS, OR, IN THE ALTERNATIVE, FOR REMAND OF ACTION TO MASSACHUSETTS SUPERIOR COURT, OR, IN THE ALTERNATIVE, FOR ABSTENTION AND DISMISSAL OR STAY OF FEDERAL COURT PROCEEDINGS PENDING RESOLUTION OF SUPERIOR COURT PROCEEDINGS

Defendants Harriet Rostoff and Karen Harris ("Defendants") request that this Honorable Court dismiss this Action pursuant to the "prior pending action" doctrine. In the alternative, the Defendants request that this Action be remanded to the Massachusetts Superior Court sitting at Suffolk County and consolidated there with Civil Action Number 03-2798-G. Further in the alternative, the Defendants request that this Court abstain from exercising its jurisdiction over this action and dismiss this Action or stay these proceedings until final resolution of the Massachusetts Superior Court proceeding.

As grounds for their Motion to Dismiss, the Defendants state that the Suffolk Superior Court case represents a prior pending action. Both that case and this Action involve identical plaintiffs and defendants who, while not identical in name in the case of defendants, represent identical interests. Plaintiff Citizens Bank of Massachusetts ("Plaintiff") asserts rights in both cases that arise out of the same transaction, the alleged fraudulent conveyance of assets by the Defendants' husbands to the Defendants. Finally, the Plaintiff seeks essentially the same relief in both cases, with the only arguable difference being the prayer for damages in this Action.

As further grounds for their requests for dismissal, remand, or abstention, the Defendants state that allowing both cases to proceed will create piecemeal litigation of matters involving issues arising from the same factual background. The need for discovery in two courts for the same matter would interfere with the orderly and efficient disposition of the entire matter. There is a real risk of harmful inconsistent resolutions in the Superior Court Action and this Action. The Superior Court Action was filed first and has proceeded to the discovery stage; in this Federal Action, the issues have not yet been joined. For all of the Plaintiff's claims in this Federal Action, Massachusetts law provides the rules of decision. The Superior Court is fully capable of protecting the rights of the parties. Finally, dismissal and abstention are proper here based on considerations of wise judicial administration, giving regard to conservation of judicial resources and comprehensive disposition of litigation. As further grounds for their requests here, the Defendants hereby incorporate by reference the attached Memorandum of Law and Statement of Reasons.

## REQUEST FOR ORAL ARGUMENT

Defendants Karen Harris and Harriet Rostoff request oral argument on this Motion.

Harriet Rostoff and Karen Harris,
By Their Attorneys,

_____
Robert L. Holloway, Jr., BBO #238560
William H. Sheehan III, BBO #457060
Thomas J. Flannagan, BBO #564328
MacLEAN HOLLOWAY DOHERTY ARDIFF & MORSE, P.C.
8 Essex Center Drive
Peabody, MA 01960
(978) 774-7123

Date: January 9, 2004

# MacLean Holloway Doherty
## Ardiff & Morse, P.C.
### ATTORNEYS AT LAW

8 Essex Center Drive
Peabody, MA 01960

(978) 774-7123
FAX (978) 774-7164
www.mhdpc.com

Malcolm F. MacLean III
Robert L. Holloway, Jr.
Daniel W. Doherty
Kathleen P. Dwyer
Jeffrey C. Doherty
Priscilla A. Malboeuf
Thomas J. Flannagan
Joshua S. England

Of Counsel:
Bertram Glovsky
William H. Sheehan III
Ralph E. Ardiff, Jr.
George E. Morse
Robin M. Blake

2004 JAN -9  P 2: 26

U.S. DISTRICT COURT
DISTRICT OF MASS.

January 9, 2004

**VIA COURIER**
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

      Re:    Citizens Bank of Massachusetts
               v. Harriet Rostoff and Karen Harris
               Case No. 03-12442-WGY

Dear Sir/Madam:

      Enclosed for filing please find the following documents with regard to the above-referenced matter. (Please see attached correspondence date December 31, 2003 regarding extension of time to January 9, 2004).

1. Defendants' Motion to Dismiss, or, in the Alternative, for Remand of Action to Massachusetts Superior Court, or, in the Alternative, for Abstention and Dismissal or Stay of Federal Court Proceedings Pending Resolution of Superior Court Proceedings;

2. Memorandum of Law and Statement of Reasons in Support of Defendants Motion to Dismiss, or, in the Alternative, for Remand of Action to Massachusetts Superior Court, or, in the Alternative, for Abstention and Dismissal or Stay of Federal Court Proceedings Pending Resolution of Superior Court Proceedings;

3. Certification of Defendants' Counsel Pursuant to Local Rule 7.1(A)(2); and

4. Certificate of Service.

      Also enclosed is a postcard to be returned to this office indicating the date of filing.

                                            Very truly yours,

                                            Thomas J. Flannagan

TJF/cag
Enc.
cc:    Philip J. McGovern, Esq.