# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITIZENS BANK OF MASSACHUSETTS,<br>Plaintiff<br><br>v.<br><br>HARRIET ROSTOFF and<br>KAREN HARRIS,<br>Defendants | )<br>)<br>)<br>)<br>) Case No. 03-12442-WGY<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATION OF DEFENDANTS' COUNSEL
## PURSUANT TO LOCAL RULE 7.1(A)(2)

I, Thomas J. Flannagan, counsel for Defendants Karen Harris and Harriet Rostoff, hereby certify, pursuant to Local Rule 7.1(A)(2), that I have conferred with Philip J. McGovern, counsel for Plaintiff Citizens Bank of Massachusetts, in a good faith attempt to resolve or narrow the issues presented in the attached "DEFENDANTS' MOTION TO DISMISS, OR, IN THE ALTERNATIVE, FOR REMAND OF ACTION TO MASSACHUSETTS SUPERIOR COURT, OR, IN THE ALTERNATIVE, FOR ABSTENTION AND DISMISSAL OR STAY OF FEDERAL COURT PROCEEDINGS PENDING RESOLUTION OF SUPERIOR COURT PROCEEDINGS". Counsel have been unable to resolve or narrow these issues.

Thomas J. Flannagan, BBO #564328
MacLEAN HOLLOWAY DOHERTY ARDIFF & MORSE, P.C.
8 Essex Center Drive
Peabody, MA 01960
(978) 774-7123

Date: January 9, 2004

Rostoff, Harriet/28350-1/TJF/41789

## Certificate of Service

    I, Thomas J. Flannagan, Attorney for Defendants Harriet Rostoff and Karen Harris, hereby certify that I caused copies of (1) DEFENDANTS' MOTION TO DISMISS, OR, IN THE ALTERNATIVE, FOR REMAND OF ACTION TO MASSACHUSETTS SUPERIOR COURT, OR, IN THE ALTERNATIVE, FOR ABSTENTION AND DISMISSAL OR STAY OF FEDERAL COURT PROCEEDINGS PENDING RESOLUTION OF SUPERIOR COURT PROCEEDINGS; (2) Memorandum of Law and Statement of Reasons in Support Thereof; (3) Counsel's Certification Pursuant to Local Rule 7.1(A)(2); and (4) Request for Oral Argument to be delivered via first class mail, postage prepaid, on January 9, 2004, upon counsel for the Plaintiff, Attorney Philip J. McGovern, Mirick, O'Connell, DeMaillie & Lougee, LLP, 100 Front Street, Worcester, MA  01608-1477.

                                                                                 _____
                                                                                 Thomas J. Flannagan