UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

                                                                               **Civil Action**
                                                                               **No:03-12442-WGY**

**CITIZENS BANK**
**Plaintiff**

v.

**ROSTOFF, ET AL**
**Defendant**

## NOTICE OF HEARING

**YOUNG, C.J.**

      TAKE NOTICE that the above-entitled case has been set for HEARING ON THE MOTION TO DISMISS at 2:00 P.M. , on TUESDAY FEB. 24 , 2004. The Hearing will take place at BOSTON UNIVERSITY LAW SCHOOL, 765 COMMONWEALTH AVE., 6TH FLOOR , BOSTON. Opposition to the motion is due by Jan. 23, 2004. Reply brief, if any, is due by Feb. 2, 2004.

                                                                                   **By the Court,**

                                                                                   **/s/ Elizabeth Smith**

                                                                                   **Deputy Clerk**

**January 14, 2004**

**To: All Counsel**