# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITIZENS BANK OF MASSACHUSETTS,<br>　　　　　　　Plaintiff<br><br>v.<br><br>HARRIET ROSTOFF and<br>KAREN HARRIS,<br>　　　　　　　Defendants | Case No. 03-12442-WGY |

## STIPULATION OF DISMISSAL

The parties in the above-captioned Action hereby stipulate, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that all claims, counterclaims, cross-claims, and/or third-party claims brought in this Action are dismissed with prejudice, without costs, and with all rights of appeal waived.

Karen Harris and Harriett Rostoff,
By Their Attorneys,

_/s/ Robert L. Holloway, Jr._
Robert L. Holloway, Jr., BBO #238560
William H. Sheehan III, BBO #457060
Thomas J. Flannagan, BBO #564328
MacLEAN HOLLOWAY DOHERTY
　ARDIFF & MORSE, P.C.
8 Essex Center Drive
Peabody, MA   01960
(978) 774-7123

Date: __12/15__, 2004

Citizens Bank of Massachusetts,
By Its Attorneys,

_/s/ Robert L. Hamer_
Robert L. Hamer, BBO #218715
MIRICK O'CONNELL
　DeMALLIE & LOUGEE, LLP
100 Front Street
Worcester, MA   01608-1477
(508) 791-8500

## CERTIFICATE OF SERVICE

I, Thomas J. Flannagan, Attorney for Defendants Karen Harris and Harriett Rostoff, hereby certify that on __12/15__, 2004, I caused a copy of the attached Stipulation of Dismissal to be delivered via first class mail, postage prepaid, upon counsel for the Plaintiff, Robert L. Hamer, Esq., Mirick, O'Connell, DeMaillie & Lougee, LLP, 100 Front Street, Worcester, MA   01608-1477

_/s/ Thomas J. Flannagan_
Thomas J. Flannagan